UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE OF HEARING

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:17CR105-SA

JAMES ROBERT BROWN  DEFENDANT

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

---

**Place**
UNITED STATES FEDERAL BUILDING
911 JACKSON AVENUE EAST
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM 1 – FIRST FLOOR

**Date and Time**
FRIDAY, SEPTEMBER 8, 2017 at 1:30 P.M.

---

**Type of Proceeding**

PLEA HEARING AS TO COUNTS ONE AND TWO OF AN INFORMATION
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK.
A PRESENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING
THE PLEA PROCEEDINGS.  COUNSEL FOR DEFENDANT MAY ATTEND.
*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES

---

DAVID CREWS, Clerk of Court

BY: /s/ Melinda Tucker
Courtroom Deputy

Date: July 28, 2017

To: Robert Binnion Andrews (electronic notice only)  Robert J. Mims (electronic notice only)
U.S. Probation Service (electronic notice only)  U.S. Marshal (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**.